WR-84,352-01

Dear Clerk Acosta,                                                                          5-2-16

RE: Read this & order hearing to get pending lawsuit off this Court.

Give this petition to Bert Richardson or someone else. Tell them to actually read it, and compare it to the states memoradum ground one lies. All their fact findings to deny ground one were lies. And Ya'll upheld them.

I got a letter earlier from my lawyer's associate. She sent me a questionaire asking who reviewied my writ application, and who denied all my motions to prove the DA office lied to deny my ground one, so they know who to sue/put as defendants in the lawsuit for Judicial Misconduct of upholding DA office lies. I told her I don't know who reviewed my writ, and that clerk Abel Acosta always denies my motion without a hearing. So you be on the suit as well as all this courts Judges. We'll find out in discovery who reviewed my writ, and motions ans denied them without a hearing, or reading them. This court id deliberate indifferrent. Knowing the DA office lied and not fixing it by ordering a hearing.

When I get a response back from you Acosta saying a hearing in 371st Dist. Court in Tarrant County has been ordered and this motion granted, then I'll write my lawyer to remove everyone in this appeals court as defendants in this suit. I'll just sue the DA office for lying/ prosecutor misconduct.

It'll only take ten minutes to read this petition and compare to states memorandum lies. So respond back to ASAP by 5-17-16 two weeks from now. Do ya'll job your paid for, for us who file prose, stop only working on cases that people with lawyers have.

RECEIVED IN
COURT OF CRIMINAL APPEALS

Respectfully Submitted,

MAY 06 2016

Jason Truver 1061122
connally unit
899 fm 632
kenedy, TX 78119

Abel Acosta, Clerk

ps:the Texas Commission on Judicial Conduct told me to contact a lawyer to address my concerns about ya'lls misconduct of upholding DA office lies.

pss: My lawyer said it'd take 3-4 months before they file petition to sue ya'll. order a hearing, do ya'lls job & I'll drop ya'll & only sue DA office... Order a hearing to be held in July — Aug 2016.

I told my lawyer to sue this whole failed/crooked 11.07 filing system to change it. Theres no justice coz we send writ to District Clerk, he gives to DA office, they type up lies to deny us & trial Judge stands on them & yall do too without reading our motions to prove they lied. The DA office will never tell truth, they lie, withold evidence etc. do anything to get a conviction, or motion to suppress denied & yall upheld their lies without a hearing on the truth.

EX PARTE

§

JASON MATTHEW TRUVER

§ Tr.Ct.No.C-371-010503-0743445-A WR-84,352-01

## PETITION FOR DISCRETIONARY REVIEW OF DA OFFICE LIES TO DENY TRUVERS GROUND ONE

below are the facts that prove all the findings the DA office used to deny Truver's writ application's ground one were all lies. Pull the states memorandum and compare the below facts to their ground one findings. Truver's ground one was that the the prosecutor witheld the guns/shoes consent form to get Truver's motion to suppress denied, and entered false evidence...

1. **The DA office lied** saying Truver presented no credible evidence that the guns and shoes limited consent to search form existed between 1999-2001. In Truver's memorandum he quoted these officers testimony. Here they are here.

A. motion to suppress hearing, record page 18,lines 15-23. Detective Brannan said to Prosecutor "Well, I asked him if he would be willing to sign a consent form, that would--wanted to go out and collect whatever guns he had and search and see if he had any others and collect whatever tennis shoes he might have out there to compare to evidence that we had collected." Then Prosecutor Rousseau asked Brannan," And did he sign a statement indicating that he did in fact consent to that search?" Brannan answered"Yes,sir."
On page 17 lines 11-14, Rousseau said "...I gues this would be on August 18,1999 when you were talking to Truver." Then it goes on to page 18, Brannan telling Truver signed consent to search for guns and shoes. They say this was on August 18,1999 when Truver signed consent for guns and shoes to compare to evidence Brannan had collected at the murder scene. This is credible evidence this consent form existed on 8-18-99.

B. Motion to suppress page77, lines 12-17, Crime scene search officer Weldon Walles' testimony. Truver's Lawyer Lisa Mullen asked him,"So basically you weren't--let me ask you this. If you going out there to do a search for drugs based on a consent to search that would cover drugs, is it safe to say you would have done a heck of alot more than what you that day?" Walles answered, " Yes, ma'am." **Here officer Walles agrees he did not do a consent to search that covered drugs.**line21 Mullen asked him,"You basically went on a search for specific items?" Walles answered."Yes, ma'am." **Walles proves he was using Truvers guns/shoes limit.He is credible evidence the limited consent form existed 8-18-99.**

2. **The DA lied** saying Truver presented no authorities stating drugs could not be siezed during a search for guns and shoes. In Truver's memorandum pages 2-3 he had all four similar dope case that are here below. All of them were reversed by Court of Criminal Appeals coz the search exceeded the consent given, and scope of the search.
**Lopes 85 SW3d 844**;"When a person voluntarily consents to a search, the scope of the search is limited by the express object of the search." Also Montoya 744 Sw2d 15,25(Tex.Crim. App 1987) quotes this and it was too reversed, and motion to suppress granted on habeas corpus.
**May 582 SW2d 848,851**,"when the basis for a search or seizure is consent, the government must conform to the limittations placed on the right granted to search,sieze, or retain the papers, or effects." May consnted to a search for stolen tools and drugs were siezed.( Tex.Crim. App.) reversed, and granted his old motion to suppress coz the search exceeded the scope of the search
**Mantzke 93 SW3d 536**"When a person voluntarily consents to a search, the officers authority to perform the search is not without limit." (Reversed)
**Montanez 143 SW3d 344**"... the scope of the search went beyond the consent given." Also"In a motion to suppress evidence from a voluntary consent to search,the Texas Constitution requires the prosecutor to show by clear and convincing evidence that consent was valid, and voluntary."
**Detective Brannan's above testimony prove the prosecutor did not meet the Tex. Cons't. requirement that Truver voluntary consented to a search for drugs.** Brannan said it was for guns and shoes. **Officer Walles agreed the consent to search did not cover drugs.**

3. Truver's memorandum page 5 has **Brady V Maryland 83 S.Ct 1194** Says it's grounds for reversal on habeas corpus when the prosecutor withold evidence favorable to defense. Also on page 5 Truver has, **Brown V Borg 951 F2d 1011 (9th Circuit 1991)** "Prosecutors failure to notify defense counsel of material exculpatory evidence and arguing false evidence to the jury was misconduct serious enough to warrant the granting of habeas corpus writ."
**Prosecutor witholding Truver's guns/shoes consent form Brannan said he signed 8-18-99 is serio-**

us enough error to warrant granting of Truver's ground one, and granting his motion to suppres: like in Lopes,May, Mantzke, and Montanez, and Montoya.

4. The DA office sited Exparte Young 479 SW2d 45,46"An applicant's delay in seeking habeas corpus may prejudice the credibility of the claim." It says "may prejudice" not " does prejudice" in truver's memorandum he said he could not get his case file till 2012 from his other cases court appointed attorney Leon Haley. Truver wrote Judge James Wilson many times, then Judge Mollee Westfall, both were deliberate indifferent in not sending Truver his case file. He wrote his trial lawyers Lisa Mullen, and Kyle Whitaker several time too, and they would not respond to send the case file. Finally his other case's lawyer sent his trial record, his murder cases codefendants' trial record and both their case files. In these papers was the guns and shoes limited consent form that the prosecutor witheld at Truver's drug trial. The delay of Truver filing was due to deliberate indiffernce off all thes people. Truver was due diligent writing all these people many times over yrs trying to get his case file to file habeas corpus.

### Conclusion

All the facts set forth in this petition prove beyond a preponderance of evidence that if prosecutor Rousseau had not witheld the guns/shoes consent form Brannan said Truver signed on 8-18-99 then Truver's motion to suppress would have been granted.Truver would only have 25yrs as party to murder. He would not have 45agg for this bogus drug case.
Judge James Wilson errored in denying motion to suppress. OfficerWalles agreed the consent to search he did, did not cover drugs. Brannan said it was for specific items guns and shoes to compare to evidence he collected in his murder case investigation. The scope of the search was for murder case evidence. This is the only items Truver consented to.

On the consent to search form Truver wrote" I consent for you to take only guns and shoes to prove I didn't kill Marty." In Truver's memorandum he told that his 1995 lawyer Lois Livens said to always limit a consent to search to specific items, or tell them to got get a search warrant. So that is what Truver did here in 1999 when Brannanasked for consent to search for guns/shoes.

The decisions in **Mantzke,May, Lopes,Montanez, Montoya, Brady, and Brown** must be followed. A hearing must be held on Truver's motion to suppress so he can enter the guns/shoes consent form that was witheld in 2001. Habeas corpus must be granted like in all these similar cases.


sign below to grant this petiton.

sign below to order a hearing. to be held in July—Aug 2016.

sign below to fix the prosecutorerror of witholding evidence.



Signed and entered this _____ day of _____ ,2016




_____
PRESIDING APPEALS COURT JUDGE


2